IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02201-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:             December 2, 2013 | Courtroom Deputy:   Courtni Covington |

*Parties:*

HACH COMPANY,

    Plaintiff,

v.

IN-SITU, INC., *et al.*,

    Defendants.

*Counsel:*

Andrew J. Petrie

Brett M. Godfrey
Casey C. Kannenberg
Neal S. Cohen
Scott R. Bialecki

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       1:31 p.m.**
Court calls case.  Appearances of counsel.

Rule 26(a) disclosures have been fulfilled and the parties have held a Rule 26(f) meeting.

The court addresses counsel regarding the proposed scheduling order and sequencing discovery in the most efficient manner.

The court proposes Defendant In-Situ, Inc. withdraw their **Motion to Dismiss**, file an Answer and then immediately file a Motion for Summary Judgment on the limited issues discussed today.

Discussion regarding the court's proposal, the exclusivity issue in the case, discovery that would be sought by the parties, and a potential stay of discovery.

**ORDERED:**     Defense counsel shall submit an Answer and/or Counterclaims and a Motion for Summary Judgment **no later than December 23, 2013.**

                  A Status Conference and possible Early Neutral Evaluation is set for **January 6, 2014 at 1:30 p.m.** The court will **STAY** all discovery until the Status Conference.

Counsel agree they will appear in person for the hearing.

**2:22** **Off the record.**

**2:37** **On the record.**

Counsel for Defendant In Situ, Inc. makes an oral Motion to withdraw their pending **Motion to Dismiss** [Doc. No. 27] and their **Unopposed Motion for Judicial Notice of Judicial Admission by Plaintiff in Related State Court Litigation** [Doc. No. 29].

**ORDERED:** Counsel's oral Motion to withdraw *Defendant In-Situ, Inc.'s Motion to Dismiss* [Doc. No. 27, filed 11/20/2013] and *Unopposed Motion by Defendant for Judicial Notice of Judicial Admission by Plaintiff in Related State Court Action* [Doc. No. 29, filed 11/20/2013] is **GRANTED**. Doc. No. 27 and Doc. No. 29 are **WITHDRAWN without prejudice.**

The court notes the parties will discuss at the January 6th Status Conference what, if any, discovery is necessary, the deadline by which that limited discovery will be completed, and potential resolution of the case.

HEARING CONCLUDED.
**Court in recess:     2:40 p.m.**
Total time in court:     01:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.