IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 13-cv-02201-CBS

HACH COMPANY,
    Plaintiff,
v.

IN-SITU, INC.
    Defendant.

## ORDER

This civil action comes before the court on: (1) Defendant In-Situ, Inc.'s Corrected Motion for Leave to File under Level 1 Restriction (Doc. # 130); (2) Defendant In-Situ, Inc.'s Corrected Motion for Leave to File under Level 1 Restriction (Doc. # 127); and (3) Defendant In-Situ, Inc.'s Motion for Leave to File under Level 1 Restriction (Doc. # 125).   The court having reviewed the Motions, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1.    Defendant In-Situ, Inc.'s Corrected Motion (filed April 16, 2015) (Doc. # 130) is GRANTED.   Exhibits B-1 through B-11 and F-1 attached to Defendant's Response to Hach Company's Motion to Compel (Docs. # 131-1 through #131-12 and Docs. # 126-1 through # 126-12) shall be restricted at Level 1.

2.    Defendant In-Situ, Inc.'s Corrected Motion for Leave to File under Level 1 Restriction (filed April 15, 2015) (Doc. # 127) is DENIED AS MOOT as superseded by Doc. # 130.

3.    Defendant In-Situ, Inc.'s Motion for Leave to File under Level 1 Restriction (filed April 15, 2015) (Doc. # 125) is DENIED AS MOOT as superseded by Doc. # 130.

DATED at Denver, Colorado this 20th day of April, 2015.

BY THE COURT:

   s/ Craig B. Shaffer
United States Magistrate Judge

1