IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02201-CBS

HACH COMPANY,
    Plaintiff,
v.

IN-SITU, INC.,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the restricted document filed by Hach Company. The court having reviewed the filing, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that Doc. # 149 shall remain restricted at Level 1.

    DATED at Denver, Colorado this 11th day of May, 2015.

                                          BY THE COURT:

                                          s/ Craig B. Shaffer
                                          United States Magistrate Judge