IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02201-CBS | Date: May 7, 2015 |
| Courtroom Deputy: Emily Buchanan | FTR – Reporter Deck-Courtroom A402 |

*Parties:* *Counsel:*

HACH COMPANY,  Matthew Morr
 Andrew Petrie
    Plaintiff,

v.

IN-SITU, INC., Aimee Bove
 Brett Godfrey
    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 1:32 p.m.**
Court calls case. Appearances of counsel. Also present: Ephraim Starr, in house lawyer for Hach Company.

This hearing comes before the Court regarding *Hach Company's MOTION [97] to Compel.*

1:33 p.m.    Argument by Mr. Petrie.

1:50 p.m.    Response by Mr. Godfrey.

2:20 p.m.    Reply by Mr. Petrie.

Further discussion regarding discovery responses and customer names. Discussion regarding the trial setting, pending motions for summary judgment, deposition testimony at trial, courtroom technology, the trial schedule, exhibit notebooks, having a court reporter during trial, and the possibility of settlement. Discussion regarding Mr. Carey preparing a new report and Defendant wanting to depose him.

**ORDERED:**  Hach Company's MOTION [97] to Compel is **GRANTED**. All documents in the possession, custody, or control of In-Situ, Inc. that were responsive to discovery requests 11 and 12 should have been produced. To the extent that there are documents that identify, describe, or refer to In-Situ, Inc. sales that relate to the RDO probes or any other product that In-Situ, Inc. manufactures, imports, or sells

>that use the '028 patent or are marked with the '028 patent have to be produced. Defendant shall produce all responsive documents that comply with a fair, reasonable construction of requests for production 11 and 12. Court is ordering the relief under Fed. R. Civ. P. 26(g). Mr. Petrie shall contact Mr. Godfrey regarding the form in which he needs the data, and if problems arise, counsel shall contact chambers to resolve the issue.

HEARING CONCLUDED.

**Court in recess: 4:16 p.m.**
Total time in court: 2:44

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.