IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 13-cv-02201-CBS

HACH COMPANY,
    Plaintiff,
v.

IN-SITU, INC.
    Defendant.

## ORDER

This civil action comes before the court on: (1) Hach Company's Amended Motion for Leave to File under Level 1 Restriction Select Exhibits to its Opposition and Response to Defendant's Motion for Summary Judgment, and (2) Plaintiff Hach Company's Unopposed Motion to Replace Page 47 of its Motion for Summary Judgment [ECF no. 133] in Response to the Court's April 24, 2015 Minute Order [ECF No. 140]. The court having reviewed the Motions, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1. Hach Company's Amended Motion for Leave to File under Level 1 Restriction Select Exhibits to its Opposition and Response to Defendant's Motion for Summary Judgment (filed April 27, 2015) (Doc. # 142) is GRANTED. Docs. # 134 through # 134-32 shall remain restricted at Level 1.

2. Plaintiff Hach Company's Unopposed Motion to Replace Page 47 of its Motion for Summary Judgment [ECF no. 133] in Response to the Court's April 24, 2015 Minute Order [ECF No. 140] (filed April 27, 2015) (Doc. # 141) is DENIED AS MOOT, as Doc. # 133 is already adequately redacted.

DATED at Denver, Colorado this 16th day of June, 2015.

BY THE COURT:

    s/ Craig B. Shaffer
United States Magistrate Judge

1