IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 13-cv-02201-CBS

HACH COMPANY,
    Plaintiff,
v.

IN-SITU, INC.
    Defendant.

## ORDER ON PENDING MOTIONS

    This civil action comes before the court on: (1) "Defendant In-Situ, Inc.'s Motion for Summary Judgment," (2) "Hach Company's Motion for Summary Judgment," and (3) Hach's "Motion to Strike New Factual Allegations In-Situ Advances for the First Time in its Response in Opposition to Hach's Motion for Summary Judgment."   The court has reviewed the Motions, the extensive briefing, the numerous exhibits, the entire case file, the arguments presented at the hearing held on June 4, 2015, and the applicable law and is sufficiently advised in the premises.   The court concludes that neither party has demonstrated that no genuine issue of material fact remains to be determined by a jury.   Accordingly,

    IT IS ORDERED that:

    1.    "Defendant In-Situ, Inc.'s Motion for Summary Judgment" (filed March 23, 2015) (Doc. # 101) is DENIED.

    2.    "Hach Company's Motion for Summary Judgment" (filed March 26, 2015) (Doc. # 104) is DENIED.

    3.    Hach's "Motion to Strike New Factual Allegations In-Situ Advances for the First Time in its Response in Opposition to Hach's Motion for Summary Judgment" (filed May 14, 2015) (Doc. # 157) is DENIED.

DATED at Denver, Colorado this 16th day of June, 2015.

                        BY THE COURT:

                        s/ Craig B. Shaffer
                        United States Magistrate Judge