IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 13-cv-02201-CBS

HACH COMPANY,
    Plaintiff,
v.

IN-SITU, INC.
    Defendant.

## ORDER

This civil action comes before the court regarding Attachments 1 and 2 (Exhibits A and 92) to "Hach's Rule 37(a) Motion to Compel In-Situ's Compliance with Order and to Produce Documents" (Doc. # 181), filed under restriction.  (*See* Docs. # 181-1 and # 181-2).   The court having reviewed the attachments, the entire case file, and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that Attachments 1 and 2 (Exhibits A and 92) to "Hach's Rule 37(a) Motion to Compel In-Situ's Compliance with Order and to Produce Documents" (Docs. # 181-1 and # 181-2) shall remain restricted at Level 1.

DATED at Denver, Colorado this 6th day of July, 2015.

                                BY THE COURT:

                                s/ Craig B. Shaffer
                                United States Magistrate Judge